# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**ROBERT SKIPPER**       **CIVIL ACTION NO. 3:19-cv-0029**

**SECTION P**

**VS.**

**JUDGE TERRY A. DOUGHTY**

**STATE OF LOUISIANA**      **MAG. JUDGE KAREN L. HAYES**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Robert Skipper's "Motion for Relief from a Final Judgment Under F.R.C.P. Rule 60," [Doc. No. 1], is **DENIED** and **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction and that this proceeding is **CLOSED**.

MONROE, LOUISIANA, this 24th day of April, 2019.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**